**UNITED STATES of America v. BOARD OF COUNTY COMMISSIONERS OF TULSA COUNTY, State of Oklahoma.**

No. 2050.

Circuit Court of Appeals, Tenth Circuit.

Jan. 6, 1940.

Whit Y. Mauzy, U. S. Atty., of Tulsa, Okl., for appellant.

No appearance for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

**UNITED STATES of America v. The SUPERIOR OIL COMPANY.**

No. 9255.

Circuit Court of Appeals, Ninth Circuit.

Jan. 3, 1940.

Ben Harrison, U. S. Atty., and E. H. Mitchell and Armond Monroe Jewell, Asst. U. S. Attys., all of Los Angeles, Cal., for appellant.

Dempsey & Mackay and Arthur McGregor, all of Los Angeles, Cal., for appellee.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties that this cause is governed by the decision of the Supreme Court of the United States in Helvering v. Wilshire Oil Company, 60 S.Ct. 18, 84 L.Ed. ——, decided Nov. 6, 1939, and good cause therefor appearing, it is ordered that a judgment of reversal, stipulated to by counsel, be forthwith filed and entered herein, and that the mandate of this court in this cause issue forthwith.

**UNITED STATES of America v. Charlotte G. SHAW.**

No. 8365.

Circuit Court of Appeals, Sixth Circuit.

Jan. 18, 1940.

Francis T. McDonald, U. S. Atty., and Joseph F. Deeb, Asst. U. S. Atty., both of Grand Rapids, Mich., for appellant.

Knappen, Uhl, Bryant & Snow, of Grand Rapids, Mich., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be and the same is dismissed pursuant to stipulation of counsel.

**UNITED STATES of America ex rel. Domenico BARILLA, Relator-Appellant, v. Byron H. UHL, District Director of Immigration, at the Port of New York, Respondent-Appellee.**

No. 156.

Circuit Court of Appeals, Second Circuit.

Jan. 2, 1940.

Sidney R. Snitkin, of New York City (Samuel J. Mandel, of New York City, of counsel), for relator-appellant.

John T. Cahill, U. S. Atty., of New York City (Noel Hemmendinger, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before SWAN, AUGUSTUS N. HAND, and PATTERSON, Circuit Judges.

PER CURIAM.

Order affirmed on the opinion below, D. C., 27 F.Supp. 746.